HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TJUAN BLYE,<br><br>            Defendant. | No. CR15-348-RSL-015<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The defendant, Tjuan Blye, having moved the court for the termination of supervised release pursuant to 18 U.S.C. §3583(e)(1), and the court having reviewed the matters set forth in the defendant's motion, the court has concluded that the motion should be granted.

Accordingly, it is hereby ORDERED that the defendant's term of supervised release is terminated.

SIGNED this 11th day of September, 2023.

_____
HON. ROBERT S. LASNIK
Senior United States District Judge